| | | |
|---|---|---|
| MARCUS CONAWAY<br>4029 Hilton Road<br>Baltimore, MD 21216 | * | IN THE |
| | * | CIRCUUIT COURT |
| *Plaintiff,* | * : | FOR |
| v. | * | BALTIMORE CITY |
| P/O KEITH GLADSTONE<br>5271 Reisterstown Road<br>Baltimore, MD 21215 | * * | Case No.:<br>**JFM06CV1193** |
| and | * | |
| P/O DAVID SMITH<br>5271 Reisterstown Road<br>Baltimore, MD 21215 | * * | |
| and | * | |
| P/O WILLIAM A. BEARDE<br>5271 Reisterstown Road<br>Baltimore, MD 21215 | * * | |
| *Defendants.* | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## COMPLAINT and DEMAND FOR JURY TRIAL

Comes Now, Plaintiff, Marcus Conaway by and through counsel, Randall J. Craig, Jr. and the law firm of Craig & Henderson, LLC and files this Complaint against the Defendants and for grounds in support thereof states as follows:

## JURISDICTION

1. This Court has jurisdiction of the within cause in that the cause of action accrued in Baltimore City and the Defendant either resides or engages in regular business activities in Baltimore City.

## PARTIES

2. Plaintiff is a resident of the State of Maryland.

3. Defendants, P/O Keith Gladstone, P/O David Smith and P/O William A. Bearde were and are sworn members of the Baltimore City Police Department and at all times herein were acting in their official capacity.

4. Said officers are the people responsible for Plaintiff's injuries here and were acting within the course and scope of their employment as police officers for the City of Baltimore.

## FACTS COMMON TO ALL COUNTS

5. On or around Wednesday September 10, 2003 at approximately 2:10 pm the Plaintiff was one of the two passengers in a vehicle that was traveling along the 3200 block of West Belvedere.

6. The vehicle was pulled over by Police Officers Gladstone, Smith and Bearde.

7. The Defendants ordered the driver and the passengers to exit the vehicle. Handcuffs were placed on the driver of the vehicle, Michael Williams and the other passenger, Roy Conaway.

8. Before the officers could search the Plaintiff, he ran. However, Officer Bearde grabbed the Plaintiff's shirt and tackled him to the ground.

2

9. All of the Defendants proceeded to beat the Plaintiff with their nightsticks. The blows landed on the Plaintiff's face and head.

10. As they were beating him, an unloaded gun fell out of the Plaintiff's pocket.

11. Even though the Plaintiff had been placed in handcuffs, witnesses observed the Defendants beating the Plaintiff with their nightsticks.

12. A bystander who observed the beating called for an ambulance however the Defendants were observed hiding the bloodstains on the street by kicking dirt over the blood.

13. The Defendants were also heard laughing about how they had beat the Plaintiff.

14. The Plaintiff was eventually escorted to Sinai Hospital by the Defendants where he received the much needed medical attention.

15. When medical personnel inquired as to how the Plaintiff received his injuries, the Defendants replied that the Plaintiff had "fallen".

16. The Plaintiff was then taken to Central Booking and ultimately released on September 13, 2003, Saturday evening.

## COUNT I -- BATTERY

17. Plaintiff realleges and incorporates herein by reference the proceeding allegations of the Complaint as if fully set forth herein.

18. The Plaintiff suffered multiple blows to his head and face as a result of being beaten by the Defendants with their nightclubs.

19. Defendants conduct constituted an intentional touching of the Plaintiff and was undertaken deliberately and with actual or implied malice.

20. As a result of Defendants' conduct Plaintiff suffered substantial damages, including but not limited to, extreme and permanent pain and suffering and debilitating injury to face and head, humiliation and mental distress.

**WHEREFORE**, Plaintiff, Marcus Conaway, demands, judgment against the Defendants, P/O Gladstone, P/O Smith and P/O Bearde jointly and severally for compensatory damages in the sum of Five Hundred Thousand Dollars ($500,000.00), and for punitive damages in the amount of one million dollars ($1,000,000.00) plus interests and costs.

## VIOLATIONS OF ARTICLE 24 and 26 of the Maryland Declaration of Rights

21. Plaintiff realleges and incorporates herein by reference the proceeding allegations of the Complaint as if fully set forth herein.

22. By engaging in the acts, omissions and misconduct described in this Complaint, the Defendants violated the constitutional rights of the Plaintiff secured by Articles 24 and 26 of the Maryland Declaration of Rights.

23. As a direct and proximate cause of said violations, the Plaintiff sustained serious and severe personal injuries, including but not limited to physical pain due to the anguish that this assault has caused.

24. In committing the said violations of Article 24 and 26 of the Maryland Declarations of Rights, the Defendant acted with actual malice toward the Plaintiff.

**WHEREFORE**, Plaintiff, Marcus Conaway, demands, judgment against the Defendants, P/O Gladstone, P/O Smith and P/O Bearde jointly and severally for compensatory damages in the sum of Five Hundred Thousand Dollars ($500,000.00), and

4

for punitive damages in the amount of one million dollars ($1,000,000.00) plus interests and costs.

Respectfully submitted,

*signature*

Randall J. Craig, Jr.
**CRAIG & HENDERSON, L.L.C.**
KEYSER BLDG – Suite 800
207 East Redwood Street
Baltimore, MD 21202
(410) 727-0406
*Attorneys for Plaintiff*
*Marcus Conaway*

## PRAYER FOR JURY TRIAL

Plaintiff prays a jury trial.

*signature*

Randall J. Craig, Jr.

Circuit Court for __Baltimore City__
City or County

# CIVIL—NON-DOMESTIC CASE INFORMATION SHEET

**Directions:**
Plaintiff: This Information Sheet must be completed and attached to the complaint filed with the Clerk of Cou. A copy must be included for each defendant to be served. NOTE: If this information sheet is not completed, no action on the case will commence and the complaint may be subject to dismissal.
Defendant: You must complete bottom portion on page 2 and file with your answer. This Information Sheet cannot be accepted as an answer or response. Failure to file this form will be deemed to be an agreement with the Plaintiff's information.

CASE NAME: __Conaway__ v __P/O Gladstone, et__ CASE NUMBER: _____ (Clerk to insert)
    Plaintiff        Defendant

PLAINTIFF'S NAME: __Marcus Conaway__ PHONE: ( )

ADDRESS: _____

PLAINTIFF'S ATTORNEY'S NAME: __Randall J. Craig, Jr.__ PHONE: (__410__) __727 0406__

ATTORNEY'S ADDRESS: __207 E Redwood St., Ste 800 Baltimore MD 21202__

☐ I am not represented by an attorney

JURY DEMAND: ☒ Yes ☐ No    Anticipated Length of Trial: _____ days or _____ hours

RELATED CASE PENDING? ☐ Yes ☒ No    If Yes, Case #(s), if known: _____

Has any form of Alternate Dispute Resolution (ADR) been tried? ☐ Yes ☒ No    If yes, describe: _____

Is there any reason ADR is not advisable? ☐ Yes ☒ No    If so, state reason _____

SPECIAL ADA REQUIREMENTS? ☐ Hearing impaired interpreter    ☐ Other ADA accommodation

## NATURE OF ACTION

### TORTS

**PERSONAL INJURY**/with or without property damage
- ☐ Motor Tort
- ☐ Personal Injury
- ☒ Assault & Battery
- ☐ Product Liability
- ☐ Professional Malpractice
- ☐ Other

**PROPERTY DAMAGE ONLY**
- ☐ Motor Tort
- ☐ Product Liability
- ☐ Other

**OTHER TORTS**
- ☐ Business Torts
- ☐ Libel & Slander
- ☐ Other Intentional Tort

### REAL PROPERTY
- ☐ Ejectment/Title Dispute
- ☐ Breach of Lease
- ☐ Mechanic's Liens
- ☐ Mortgage Foreclosure
- ☐ Specific Performance
- ☐ Condemnation
- ☐ Other Real Property

### DISTRICT COURT/ADM VE AGEN
- ☐ District Court Appeal
  - ☐ Record ☐ De Novo
- ☐ Jury Trial Prayer
- ☐ Appeal from Admin Agency
  - ☐ Workers Comp
- ☐ Other

### CONTRACT
- ☐ Insurance
- ☐ Other Contract
- ☐ Confessed Judgment Note

### MISCELLANEOUS
- ☐ Adoption/Guardianship
- ☐ Other _____

## RELIEF REQUESTED

☒ Damages $ __3,000,000.00__    ☐ Injunction/Other Equitable Relief
☐ Declaratory Relief    ☐ Other: (please specify) _____

CASE NAME: Conaway              v   P/O Gladstone et   CASE NUMBER: _____
                 Plaintiff                    Defendant                                    (Clerk to insert)

Track Assignment (Requested):

☐    Expedited          Non-jury case expected to go to trial within 2 months to 7 months.

☐    Standard-Short     Case expected to go to trial in 7 months.

☒    Standard-Medium    Case expected to go to trial in 12 months.

☐    Standard-Complex   Case requires judicial intervention to determine appropriateness of the track. Please
                        specify below your reasons for requesting this track:

Other Specialized Tracks

☐    Asbestos

☐    Lead Paint

☐    Other: (specify) _____

_____

_____


_____                           2/10/06
Signature of Plaintiff's Counsel/Party                        Date

Randall J. Craig, Jr.
Print Name

---

Defendant: I concur with Plaintiff's Information Sheet   ☐ Yes   ☐ No   If "No," you must file a separate Information
Sheet or state basis of disagreement.

I concur except as follows: _____

I plan to file:    ☐ Counter Complaint      ☐ Cross Complaint      ☐ Third Party Complaint


_____                           _____
Signature of Defendant's Counsel/Party                        Date


_____
Print Name


_____
Address